1  SHELLIE LOTT, SBN: 246202
   Cerney Kreuze & Lott, LLP
2  42 N. Sutter Street, Suite 400
   Stockton, California 95202
3  Telephone: (209) 948-9384
4  Facsimile: (209) 948-0706

5  Attorney for Plaintiff

6

7

8              UNITED STATES DISTRICT COURT

9        EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO BRANCH

10

11

| DARRYL EDWIN LANG, | No. 2:15-CV-00624-CKD |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to file a Reply to Defendant's Motion For Summary Judgment in the above-referenced case is hereby extended 21 days from the present due date of October 12, 2015, to November 2, 2015. This extension is requested due to the writer's heavy briefing schedule.

///

///

///

///

///

1

| | | |
|---|---|---|
| 1 | DATED:  October 12, 2015 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | | DEBORAH LEE STACHEL<br>Acting Regional Chief Counsel, Region IX |
| 5 | */s/ Shellie Lott* | */s/ Jean M. Turk* |
| 6 | SHELLIE LOTT,<br>Attorney for Plaintiff | JEAN M. TURK<br>(As authorized via E-mail on  October 12, 2015) |
| 7 | | Special Assistant U S Attorney<br>Attorneys for Defendant |

SHELLIE LOTT, SBN:  246202
Cerney Kreuze & Lott, LLP
42 N. Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

DARRYL EDWIN LANG,

        Plaintiff,

  v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security

        Defendant.

No.  2:15-CV-00624-CKD

[proposed] **ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT**

Pursuant to the stipulation of the parties showing good cause for a requested first extension of Plaintiff's time to file a Reply to Defendant's Motion For Summary Judgment, the request is hereby APPROVED.

.

SO ORDERED.

Dated:  October 15, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

3